ORIGINAL

FILED
JUN 30 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**File No.** 06-489 T

GENERAL ELECTRIC COMPANY and SUBSIDIARIES,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, General Electric Company ("GE") and Subsidiaries states as follows:

GE has no parent corporation. No publicly held corporation owns 10 percent or more of GE's stock.

Dated: June 30, 2006

Respectfully submitted,

Patricia M. Lacey
by James V. Heffernan

PATRICIA M. LACEY
Attorney of Record for Plaintiff
General Electric Company and Subsidiaries

GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4359

Of Counsel:

James V. Heffernan
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
(202) 383-0141