# In the United States Court of Federal Claims

No. 06-489T
(Filed: January 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY and SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court has before it the parties' Joint Preliminary Status Report filed December 19, 2006. Based on representations made in that report, the parties are directed to file a joint status report on or before March 21, 2007, setting out a proposed schedule for further proceedings.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge