**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-489 T**
**(Judge Bruggink)**

**GENERAL ELECTRIC COMPANY AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# JOINT STATUS REPORT

Pursuant to the Court's order of January 9, 2007, General Electric Company, the plaintiff, and the United States, the defendant, propose the following schedule for further proceedings in the above-captioned case:

1. On or before April 20, 2007, plaintiff will submit to defendant a proposed comprehensive draft stipulation of facts, along with appropriate and relevant supporting documentation, and a proposed schedule for discovery.

2. On or before July 21, 2007:

   (a) the parties will execute and file a stipulation of facts;

   (b) the parties will complete all formal discovery;

   (c) defendant's Recomputation Specialist will complete her review and recomputation of interest with respect to plaintiff's 1979 year; and

   (c) the parties will discuss the feasibility of settling this case.

3. Counsel for the parties will communicate approximately every 30 days to discuss their progress in this case.

4. The parties will file another joint status report by July 21, 2007, informing the court whether further proceedings in this case will be necessary. If such proceedings are necessary, the parties believe that the issues presented by this case are susceptible of resolution through cross-motions for summary judgment, and anticipate that plaintiff would file the initial motion by September 21, 2007.

Respectfully submitted,

March 21, 2007

s/ Patricia M. Lacey

PATRICIA M. LACEY
Attorney of Record
General Electric Co. and Subsidiaries
GE Corporate Taxes
12 Corporate Woods Blvd. 3rd Floor
Albany, NY 12211
Phone: (518) 433-4359 Fax: (518) 433-4360
Email: patricia.lacey@corporate.ge.com

James V. Heffernan
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004-2415
Phone: (202) 383-0141 Fax: (202) 383-3593
Email: james.heffernan@sablaw.com

Attorneys for Plaintiff

March 21, 2007

s/ W. C. Rapp

W. C. RAPP
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Phone: (202) 307-0503 Fax: (202) 514-9440
Email: william.c.rapp2@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

March 21, 2007

/s Mary M. Abate

Of Counsel

Attorneys for Defendant