# In the United States Court of Federal Claims

No. 06-489T
(Filed: March 22, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the parties' March 21, 2007 joint status report, the court adopts the schedule set out therein. Accordingly, the parties are directed to file another joint status report on or before July 23, 2007, informing the court whether further proceedings in this case will be necessary.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge