**IN THE**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| General Electric Co. and Subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 06-489T<br>Judge Eric G. Bruggink |

PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, plaintiff, General Electric Co. and Subsidiaries, hereby respectfully requests leave of court to substitute Laurence A. Hoch for Patricia M. Lacey as attorney of record in the above-entitled case.

An affidavit of appointment, executed by Laurence A. Hoch, is attached to this motion.

By signature below, Patricia M. Lacey has consented to the allowance of this motion.

WHEREAS, plaintiff respectfully requests the Court to grant this motion for substitution of attorney of record.

Respectfully submitted.

May 10, 2007

___*s/ Laurence A. Hoch by James V. Heffernan*

Laurence A. Hoch
General Electric Company and Subsidiaries
GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4349

Attorney for Plaintiff

I consent to the allowance of the foregoing motion for substitution of attorney of record.

____*s/ Patricia M. Lacey*_________

May 7, 2007

General Electric Company and Subsidiaries
GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4359