# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| General Electric Company and Subsidiaries, )<br>Plaintiff, )<br>v. )<br>The United States, )<br>Defendant. ) | No. 06-489T<br>Judge Eric G. Bruggink |

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD

Laurence A. Hoch, being first duly sworn, deposes and says:

Plaintiff, General Electric Company and Subsidiaries, has authorized my appointment as attorney of record in the above-entitled case.

May 8, 2007

s/ Laurence A. Hoch
Laurence A. Hoch

Subscribed and sworn to on May 8, 2007, by Laurence A. Hoch before me, a notary public in and for the State of New York, Albany County, authorized to administer oaths.

Catherine A. Lewis
[Notary Signature]
Notary Public

My commission expires: 2/28/2011

CATHERINE A. LEWIS
Notary Public, State of New York
No. 4824237
Qualified in Schenectady County
Commission Expires 2/28/2011