**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-489 T**
**(Judge Bruggink)**

**GENERAL ELECTRIC COMPANY AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# JOINT STATUS REPORT

Pursuant to the Joint Status Report filed by the parties on March 21, 2007, General Electric Company, the plaintiff, and the United States, the defendant, report as follows to the Court concerning the status of this case.

1. Due to scheduling difficulties, the parties have not yet been able to meet to discuss the following matters:

   (a) Finalizing, executing and filing with the Court a stipulation of facts;

   (b) The status of defendant's Recomputation Specialist's review and recomputation of interest with respect to plaintiff's 1979 year; and

   (c) The feasibility of settling this case.

2. The parties are currently scheduled to meet on July 26, 2007, to discuss the matters shown in paragraph 1, above.

3. The parties respectfully request that they be permitted to file another joint status report by August 10, 2007, informing the Court whether further proceedings in this case will be necessary and, if they are, proposing a schedule for their completion.

Dated: July 23, 2007

Respectfully submitted,

/s/ Laurence A. Hoch
LAURENCE A. HOCH
Attorney of Record
General Electric Co. and Subsidiaries
12 Corporate Woods Blvd., 3rd Floor
Albany, NY 12211
Phone: (518) 433-4349 Fax: (518) 433-4360
Email: laurence.hoch@corporate.ge.com

Attorneys for Plaintiff

Of Counsel:

JAMES V. HEFFERNAN
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Phone: (202) 383-0141
Fax: (202) 637-3593
Email: james.heffernan@sablaw.com

/s/ W.C. Rapp
W. C. RAPP
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044
Phone: (202) 307-0503 Fax: (202) 514-9440
**Email: william.c.rapp2@usdoj.gov**

Attorneys for Defendant

Of Counsel:

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief,
Court of Federal Claims Section