# In the United States Court of Federal Claims

No. 06-489T
(Filed: July 24, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties have filed their joint status report on July 23, 2007. Pursuant to the parties' representations therein, the court directs the parties to file another joint status report on or before August 10, 2007, informing the court whether further proceedings in this case will be necessary, and if they are, proposing a schedule for their completion.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge