**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**No. 06-489 T**
**(Judge Bruggink)**

**GENERAL ELECTRIC COMPANY AND SUBSIDIARIES,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

---

**PLAINTIFF'S STATUS REPORT**

---

Pursuant to the Court's order of July 24, 2007, General Electric Company, the plaintiff, and the United States, the defendant, were to jointly report to the Court concerning the status of this case. Due to the parties' inability to agree on the matters to be included in a joint status report, however, the parties are filing separate status reports.

1. On March 22, 2007, the Court adopted the proposed case management schedule set forth in the parties' March 21, 2007 Joint Status Report. That schedule contemplated that on or before April 20, 2007, plaintiff would submit to defendant a proposed comprehensive draft stipulation of facts, along with appropriate and relevant supporting documents. The schedule further contemplated that on or before July 21, 2007 the following events would occur:

(a) The parties would execute and file a stipulation of facts;

(b) The parties would complete all formal discovery;

(c) Defendant's Recomputation Specialist would complete her review and recomputation of interest with respect to plaintiff's 1979 tax year; and

(d) The parties would discuss the feasibility of settling the case.

2. On April 20, 2007, plaintiff mailed a draft stipulation of facts, along with supporting documentation, to defendant.

3. On May 17, 2007, defendant's counsel sent plaintiff an email containing a summary of defendant's understanding of plaintiff's position. Plaintiff's counsel attempted on several occasions to contact defendant's counsel to discuss that email. Plaintiff received no response until July 17, 2007.

4. The parties' Joint Status Report filed on July 23, 2007 indicated that the parties would meet on July 26, 2007 to discuss the matters listed in paragraphs 1(a), (c) and (d) above. The parties requested that they be permitted to file another joint status report by August 10, 2007 to inform the Court whether further proceedings in this case would be necessary and to propose a schedule for the completion of such proceedings. On July 24, 2007, the Court entered an order directing the filing of a joint status report by August 10, 2007.

5. At the meeting held July 26, 2007, defendant indicated it was not in a position to discuss the matters identified in the Joint Status Report of July 23. Defendant instead requested that plaintiff provide additional information in writing concerning plaintiff's position, as well as additional interest computations concerning plaintiff's 1979, 1986 and 1987 taxable years. Plaintiff sent such information to defendant on August 3, 2007.

6. Plaintiff remains ready to meet with defendant regarding the matters identified in the July 23, 2007 Joint Status Report. However, no meeting has been scheduled at this time.

7. Plaintiff is not currently able to determine whether further proceedings in this case will be necessary, and therefore is not in a position to propose a schedule for completing any such

proceedings.

8. Plaintiff respectfully requests that the parties be directed to file by September 10, 2007 a joint status report, if possible, or else separate status reports, informing the Court whether they anticipate that further proceedings in this case will be necessary.

Dated: August 10, 2007

Respectfully submitted,

*s/ Laurence A. Hoch*

LAURENCE A. HOCH
Attorney of Record
General Electric Co. and Subsidiaries
12 Corporate Woods Blvd., 3rd Floor
Albany, NY 12211
Phone: (518) 433-4349 Fax: (518) 433-4360
Email: laurence.hoch@corporate.ge.com

Of Counsel:

JAMES V. HEFFERNAN
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2415
Phone: (202) 383-0141
Fax: (202) 637-3593
Email: james.Heffernan@sablaw.com

Attorneys for Plaintiff