# In the United States Court of Federal Claims

No. 06-489T
(Filed: August 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court has before it the parties' status reports filed August 10, 2007. A telephonic status conference to discuss these reports will be held Tuesday, August 21, 2007, at 10:30 a.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge