# In the United States Court of Federal Claims

No. 06-489T
(Filed: August 21, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference was held on August 21, 2007. The parties are directed to file a written joint status report on or before October 10, 2007. The court will contact the parties shortly thereafter to schedule a status conference.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge