**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY and SUBSIDIARIES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 06-489 T** |
| **v.** | § | **The Honorable Eric G. Bruggink** |
| | § | |
| **THE UNITED STATES,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of August 21, 2007, General Electric Company, the plaintiff, and the United States, the defendant, report as follows to the Court concerning the status of this case.

1. On August 3, 2007, plaintiff sent to defendant certain interest computations which defendant's attorneys had requested. These computations were reviewed by the Tax Division's Recomputation Specialist and, on August 23, defendant provided to plaintiff computations she performed in response to those submitted by plaintiff.

2. Also on August 23, 2007, defendant proposed to plaintiff a structure for moving this case forward which would allow the parties to move for summary judgment with respect to the issue set out in the Complaint.

3. By letter dated September 12, 2007, plaintiff provided to defendant its views respecting defendant's computations of August 23, 2007. In its letter, plaintiff also advised defendant that plaintiff declined to follow defendant's suggested procedure for presenting the

case to the Court.

4. Since receipt of plaintiff's September 12 letter, other commitments (described below) have prevented defendant's attorney from working on this case. Since August 15, 2007, defendant's attorney has been required to serve as a Grand Juror for the District of Columbia Superior Court. Having been summoned, he does not have the option to refuse to serve. This duty has required defendant's attorney to attend Grand Jury hearings every Wednesday, Thursday and Friday beginning August 15, and ending Friday, October 5. Those hearings typically commenced at 9:15 a.m., and continued until 5:00 p.m. daily. Defendant's attorney advised the Court of this service in the course of a status conference which was held on August 21, 2007.

5. Aside from his Grand Jury service, since the beginning of September, defendant's attorney has worked virtually full time on preparation of a memorandum respecting a proposed settlement of *Texaco, Inc. v. United States*, Fed. Cl. Nos. 00-195 T & 01-461 T. In those consolidated cases, which deal with tax years 1978 through 1986, the taxpayer is seeking in excess of $200 million in additional interest or refund of deficiency interest. The cases present 12 discrete issues, all dealing with the computation of interest. It is expected that this work will continue until the end of October. Defendant's attorney also has responsibility for numerous other matters, work on all of which has been disrupted by his Grand Jury Service.

6. The Government's work has also been hampered by the fact that the Recomputation Specialist who had been working on this case recently retired, and has not yet been replaced.

7. Counsel for the parties continue to believe that the legal questions presented by the instant case are susceptible of submission to the Court via cross-motions for summary

judgment, upon agreed or otherwise undisputed facts. As soon as other commitments permit, defendant's attorney will review the proposed stipulation of facts drafted by plaintiff, and provide plaintiff with suggestions for revisions.

8. The parties respectively request that they be permitted to file another joint status report in this case in 60 days, on December 10, 2007.

Respectfully submitted,

s/ Lawrence A. Hoch

LAURENCE A. HOCH
*Attorney of Record*
*General Electric Co. and Subsidiaries*
*12 Corporate Woods Blvd., 3rd Floor*
*Albany, NY 12211*
*Phone: (518) 433-4349 / Fax: (518) 433-4360*
*laurence.hoch@corporate.ge.com*

Of Counsel:
JAMES V. HEFFERNAN
*Sutherland Asbill & Brennan LLP*
*1275 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20004-2415*
*Phone: (202) 383-0141 / Fax: (202) 637-3593*
*james.Heffernan@sablaw.com*

Attorneys for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503 / Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

August 10, 2007

s/ Mary M. Abate
Of Counsel

Attorneys for Defendant