# In the United States Court of Federal Claims

No. 06-489T
(Filed: October 23, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the joint status report filed October 10, 2007, the parties are directed to file another joint status report on or before December 10, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge