IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY and SUBSIDIARIES,** | § | |
| **Plaintiff,** | § | **No. 06-489 T** |
| **v.** | § | **The Honorable Eric G. Bruggink** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

## JOINT STATUS REPORT

Pursuant to the Court's order of October 23, 2007, General Electric Company, the plaintiff, and the United States, the defendant, report as follows to the Court concerning the status of this case.

1. The parties incorporate by reference their status report filed October 10, 2007, setting out their exchanges of information, and specifically explaining the competing commitments of defendant's attorney (including Grand Jury service and other matters pending before the Court).

2. The retirement from Government service of the Tax Division's Recomputation Specialist who had worked on this matter has proven to be a very substantial setback, which defendant's attorneys are working to overcome.

3. Since the last report, defendant's attorney has continued to work on this case, and believes that important progress has been made in understanding plaintiff's position, and in formulating a means by which the issues raised can be presented to the court. That work has

included continuing review of the draft stipulation of facts prepared by plaintiff.

4. Counsel for the parties continue to believe that the legal questions presented by the instant case are susceptible of submission to the Court via cross-motions for summary judgment, upon agreed or otherwise undisputed facts.

5. The parties respectively request that they be permitted to file another joint status report in this case in 60 days, on February 8, 2007.

Respectfully submitted,

s/ Laurence A. Hoch

LAURENCE A. HOCH
*Attorney of Record*
*General Electric Co. and Subsidiaries*
*12 Corporate Woods Blvd., 3rd Floor*
*Albany, NY 12211*
*Phone: (518) 433-4349 / Fax: (518) 433-4360*
*laurence.hoch@corporate.ge.com*

Of Counsel:
JAMES V. HEFFERNAN
*Sutherland Asbill & Brennan LLP*
*1275 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20004-2415*
*Phone: (202) 383-0141 / Fax: (202) 637-3593*
*james.Heffernan@sablaw.com*

Attorneys for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503 / Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

December 10, 2007

s/ Mary M. Abate
Of Counsel

Attorneys for Defendant