# In the United States Court of Federal Claims

No. 06-489T
(Filed: December 26, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to representations made in the joint status report filed December 10, 2007, the parties are directed to file another joint status report on or before February 8, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge