**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY and SUBSIDIARIES,** | § | |
| **Plaintiff,** | § | |
| | § | **No. 06-489 T** |
| **v.** | § | **The Honorable Eric G. Bruggink** |
| **THE UNITED STATES,** | § | |
| **Defendant.** | § | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of December 26, 2007, General Electric Company, the plaintiff, and the United States, the defendant, report as follows to the Court concerning the status of this case.

As the Court is aware, the Government has filed a motion to dismiss for failure to state a claim upon which relief can be granted. Allowance of the Government's motion would result in dismissal of the complaint with prejudice, and end the case. Plaintiff's response to the Government's motion is due with the Court on March 10, 2008.

Respectfully submitted,

s/ Lawrence A. Hoch

LAURENCE A. HOCH
*Attorney of Record*
*General Electric Co. and Subsidiaries*
*12 Corporate Woods Blvd., 3rd Floor*
*Albany, NY 12211*
*Phone: (518) 433-4349 / Fax: (518) 433-4360*
*laurence.hoch@corporate.ge.com*

Of Counsel:
JAMES V. HEFFERNAN
*Sutherland Asbill & Brennan LLP*
*1275 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20004-2415*
*Phone: (202) 383-0141 / Fax: (202) 637-3593*
*james.Heffernan@sablaw.com*

Attorneys for Plaintiff

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503 / Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

February 8, 2008

s/ Mary M. Abate

Of Counsel

Attorneys for Defendant