**IN THE**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| General Electric Co. and Subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | ) | No. 06-489T<br>Judge Eric G. Bruggink |

PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD

Pursuant to Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims, plaintiff, General Electric Co. and Subsidiaries, hereby respectfully requests leave of court to substitute Jerome B. Libin for Laurence A. Hoch as attorney of record in the above-entitled case.

An affidavit of appointment, executed by Jerome B. Libin, is attached to this motion.

By signature below, Laurence A. Hoch has consented to the allowance of this motion.

WHEREAS, plaintiff respectfully requests the Court to grant this motion for substitution of attorney of record.

Respectfully submitted.

March 6, 2008

*s/ Jerome B. Libin*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0145

Attorney for Plaintiff

I consent to the allowance of the foregoing motion for substitution of attorney of record.

March 6, 2008

*s/ Laurence A. Hoch*
General Electric Company and Subsidiaries
GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4359