**IN THE**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| General Electric Co. and Subsidiaries, Plaintiff, v. The United States, Defendant. | No. 06-489T<br>Judge Eric G. Bruggink |

AFFIDAVIT IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUBSTITUTION OF ATTORNEY OF RECORD

Jerome B. Libin, being first duly sworn, deposes and says:

Plaintiff, General Electric Co. and Subsidiaries, has authorized my appointment as attorney of record in the above-entitled case.

March 4, 2008

Jerome B. Libin

Subscribed and sworn to on March 4, 2008, by Jerome B. Libin before me, a notary public in and for Washington, District of Columbia, authorized to administer oaths.

Notary Public

My commission expires:

Terrie S. Coleman
Notary Public, District of Columbia
My Commission Expires 10/14/2011