**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY and SUBSIDIARIES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 06-489 T** |
| **v.** | ) | **The Honorable Eric G. Bruggink** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S MOTION TO DISMISS UNDER RULE 12(b)(6)**

Plaintiff General Electric Company's motion to strike is based on the fact that Defendant's motion to dismiss under Rule 12(b)(6) was untimely filed. Defendant's opposition to Plaintiff's motion to strike essentially concedes the point. (Def. Op. at 2). Defendant asserts that, instead of striking its untimely 12(b)(6) motion, the Court may choose to treat it as a motion for judgment on the pleadings under Rule 12(c). (Def. Op. at 2-3). Plaintiff does not disagree that this choice is available to the Court, but urges the Court to strike Defendant's untimely motion to dismiss. If the Court is inclined to treat Defendant's motion as a motion for judgment on the pleadings, Plaintiff urges the Court to deny Defendant's motion because it fails to establish that there is no basis on which Plaintiff might prevail or that Defendant is entitled to judgment as a matter of law.

Plaintiff strongly disagrees with Defendant's gratuitous observation that the only purpose of Plaintiff's motion to strike was "to delay dismissal of the Complaint." (Def. Op. at 3). As is made clear in Plaintiff's opposition to Defendant's motion, the Complaint sets out alternative claims (1) for refund of Plaintiff's overpayment plus accrued interest, (2) for damages in the amount of the overpayment plus interest under an account stated theory, or (3) for additional overpayment interest that would be attributable to interest netting with respect to Plaintiff's overlapping underpayments and overpayment. As further demonstrated in Plaintiff's opposition, relief may be granted upon these claims.

WHEREFORE, Plaintiff prays that its motion to strike Defendant's untimely motion to dismiss under Rule 12(b)(6) be granted or, alternatively, that Defendant's motion be denied.

Respectfully submitted,

April 4, 2008

*/s/ Jerome B. Libin*

Jerome B. Libin
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100
Fax (202) 637-3593

Counsel for Plaintiff
General Electric Company and Subsidiaries

Of Counsel:

Laurence A. Hoch
GENERAL ELECTRIC COMPANY
GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4359

James V. Heffernan
Mary E. Monahan
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100