# In the United States Court of Federal Claims

No. 06-489T
(Filed: June 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic conference shall be held on Wednesday, June 25 at 2:30 p.m. EST to discuss the parties' pending motions.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge