# In the United States Court of Federal Claims

No. 06-489T
(Filed: June 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties shall file a joint demonstrative that graphically depicts the operation of interest netting under 26 U.S.C. §§ 6621(d) & 6601(f) and crediting under 26 U.S.C. § 6402(a). This demonstrative should visually illustrate and contrast the monetary effect of applying interest netting as opposed to crediting. Plaintiff shall also file a surreply limited to no more than 10 pages. Both the joint demonstrative and plaintiff's surreply shall be filed on or before Wednesday, August 6, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge