**IN THE**

**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| General Electric Co. and Subsidiaries,<br><br>Plaintiff,<br><br>v.<br><br>The United States,<br><br>Defendant. | No. 06-489T<br>Judge Eric G. Bruggink |

JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT DEMONSTRATIVE AND PLAINTIFF'S SURREPLY

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, the parties, by and through their undersigned counsel, respectfully move this Court for a three-week enlargement of time, to August 27, 2008, to file the Joint Demonstrative and Surreply ordered by the Court on June 25, 2008. Under the Court's June 25, 2008 Order, the Surreply and Joint Demonstrative are due today, August 6, 2008.

As good cause therefor, the parties state that they have thus far been unable to reach agreement on a Joint Demonstrative. Plaintiff's Surreply is complete, except for the portion describing the Joint Demonstrative, and would have been filed today if a Joint Demonstrative could have been agreed upon. Plaintiff forwarded a draft of the Joint Demonstrative to Defendant on July 22, 2008. Defendant's counsel has indicated that Defendant needs an additional two weeks to consider Plaintiff's draft Joint Demonstrative.

In the event that the Court grants this motion, Defendant's counsel has agreed to provide Plaintiff on August 20, 2008 with what it would propose to file as a Joint Demonstrative. Counsel have agreed that within one week thereafter, on August 27, 2008, if they have reached agreement on a Joint Demonstrative, the parties will file the Joint Demonstrative and Plaintiff will file its Surreply. If the parties cannot reach agreement on a Joint Demonstrative by August 27, 2008, on that date Plaintiff will file the Surreply and its separate Demonstrative, accompanied by a motion for leave to file separately, and Defendant will file its separate Demonstrative, accompanied by a motion for leave to file separately.

Accordingly, the parties respectfully request an enlargement of time of three weeks, to and including August 27, 2008, within which to file the Joint Demonstrative and Plaintiff's Surreply.

WHEREFORE, the parties respectfully request the Court to grant this motion for enlargement of time to file Plaintiff's Surreply and the Joint Demonstrative.

Respectfully submitted.

August 6, 2008

*s/ Jerome B. Libin*
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100

Attorney for Plaintiff
General Electric Co. and Subsidiaries

August 6, 2008

*s/ W.C. Rapp*
Attorney of Record
United States Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, DC 20044
Voice (202) 307-0503/ Fax (202) 514-9440
Email: william.c.rapp2@usdoj.gov

NATHAN J. HOCHMAN
*Assistant Attorney General*
STEVEN I. FRAHM
*Acting Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

*s/ Mary M. Abate*
Of Counsel