# In the United States Court of Federal Claims

No. 06-489T
(Filed: August 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' joint Motion for Extension of Time. That motion is granted. Both the joint demonstrative and plaintiff's surreply shall be filed on or before Tuesday, September 2, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge