**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **GENERAL ELECTRIC COMPANY and SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-489 T** |
| | ) | **The Honorable Eric G. Bruggink** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S DEMONSTRATIVE**

Plaintiff, General Electric Company and Subsidiaries, by and through its undersigned counsel, respectfully moves this Court for leave to file Plaintiff's Demonstrative in place of the Joint Demonstrative called for in the Court's Order of June 25, 2008, as supplemented by the Court's Order of August 7, 2008.

As good cause therefor, Plaintiff states that Plaintiff and Defendant cannot reach agreement on a Joint Demonstrative. The Court's Order of June 25, 2008 provided that the Joint Demonstrative should "visually illustrate and contrast the monetary effect of applying interest netting as opposed to crediting." Plaintiff understood the Court's Order to call for a joint submission depicting the basis for the difference between crediting under Defendant's view and netting under Plaintiff's view. Plaintiff forwarded a draft Joint Demonstrative reflecting its understanding of the Court's Order to Defendant on July 22, 2008. On August 6, 2008, the

parties jointly moved for an enlargement of time to file the Joint Demonstrative so that Defendant could complete its review of Plaintiff's draft and prepare its position. On August 7, 2008, the Court ordered an enlargement of time until September 2, 2008. On August 18, 2008, Defendant notified Plaintiff that it could not join in the filing of any Demonstrative that illustrated Plaintiff's view of the consequences of netting in the factual circumstances alleged in the Complaint. Plaintiff did not believe that Defendant's offer to file a Joint Demonstrative that reflected only Defendant's view of netting was consistent with the Court's Order.

Plaintiff's Demonstrative illustrates both crediting under Defendant's view and netting under Plaintiff's view in the context of the factual circumstances alleged in the Complaint. Plaintiff's Demonstrative is being lodged with the Court as an attachment to this motion.

WHEREFORE, Plaintiff respectfully requests the Court to grant this motion for leave to file Plaintiff's Demonstrative.

Respectfully submitted.

*s/ Jerome B. Libin*

Jerome B. Libin (Attorney of Record)
James V. Heffernan
Mary E. Monahan
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-0100
FAX (202) 637-3593

Counsel for Plaintiff
General Electric Company and Subsidiaries

Of Counsel:

Laurence A. Hoch
GENERAL ELECTRIC COMPANY
GE Corporate Taxes
12 Corporate Woods Blvd., 3rd Fl.
Albany, NY 12211
(518) 433-4349

August 27, 2008