# Plaintiff's Demonstrative

General Electric Company and Subsidiaries
v.
United States
No. 06-489 T
The Honorable Eric G. Bruggink
August 27, 2008

# Brief Explanation of Plaintiff's Demonstrative

- **Charts 1 – 3 show hypothetical balances due for taxable years 1979 and 1986 as of the year 2000 (the year in which the IRS first computed interest pursuant to a 1999 settlement agreement with GE).**
  - Chart 1 reflects the balances due assuming that neither crediting nor netting is applied.
  - Chart 2 reflects the consequences of crediting under Defendant's view.
  - Chart 3 reflects the consequences of netting under Plaintiff's view.
  - Under both crediting and netting, the obligations completely offset and there is no net balance due to or from the taxpayer in 2000.
- **Charts 4 – 6 show similar hypothetical balances due as of the year 2002 (the year in which the IRS recomputed interest for taxable year 1986 as a result of GE having prevailed on a previously unagreed issue).**
  - Chart 4 reflects the balances due assuming that neither crediting nor netting is applied.
  - Chart 5 reflects the consequences of crediting under Defendant's view.
  - Chart 6 reflects the consequences of netting under Plaintiff's view.
- **All numbers are intended to be illustrative. They do not represent actual numbers at issue.**
- **All factual references (except numbers) are drawn from the Complaint.**
- **Explanatory notes regarding cash bonds and other items are contained in "balloons" on each chart.**

# Base Case Computations as of 2000: No Crediting or Netting




****During the relevant period, the underpayment interest rate was a minimum of 2 percentage points and a maximum of 4.5 percentage points higher than the overpayment interest rate.**

# Consequences of Crediting under Defendant's View: Both Overpayment Interest and Underpayment Interest are Affected



# Consequences of Netting under Plaintiff's View: Only Underpayment Interest is Affected




***IRS practice is to achieve a net rate of interest of zero by reducing the underpayment interest rate to equal the overpayment rate during the overlap period, as shown here. The IRS could increase the overpayment rate to equal the underpayment rate, in which case only the amount of overpayment interest would be affected by netting.**

In 2002, taxpayer prevails on an unagreed issue, causing a reduction in the 1986 underpayment

# Base Case Computations as of 2002 in Light of 2002 Development: No Crediting or Netting



# Consequences of Crediting under Defendant's View in Light of 2002 Development



# Consequences of Netting under Plaintiff's View in Light of 2002 Development

