# In the United States Court of Federal Claims

No. 06-489T
(Filed: August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference to discuss the joint demonstrative in *General Electric Co. v. United States* (06-489) will be held on Friday, September 5, 2008 at 2:00pm (EST). Please note that the joint demonstrative will not be due until after the telephonic conference has been held.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge