# In the United States Court of Federal Claims

No. 06-489T
(Filed: September 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * 
GENERAL ELECTRIC COMPANY
AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * * * 

ORDER

Pursuant to the telephonic status conference held on Friday, September 5, 2008 at 2:00 p.m., defendant shall file a sur-response on or before Friday, September 12, 2008. The parties shall file the joint demonstrative on or before Friday, October 3, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge